UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

KENNETH W. PENDLETON,

        Plaintiff,                             CASE NO. 18-CV-701

v.

TILLESON and NURSE JANE DOE,

        Defendants.

---

### NOTICE OF APPEARANCE

---

    PLEASE TAKE NOTICE that Attorney Samantha R. Schmid appears on behalf of Defendant, Aaron P. Tilleson, in the above-entitled action, and we hereby request copies of all proceedings in this action subsequent to the Summons and Complaint to be served upon us.

    Dated this 12th day of May, 2020.

                                     **MUNICIPAL LAW & LITIGATION GROUP, S.C.**

                                     Attorneys for Defendant, Aaron P. Tilleson

                                     By: /s/ Samantha R. Schmid
                                            REMZY D. BITAR
                                            State Bar No: 1038340
                                            SAMANTHA R. SCHMID
                                            State Bar No. 1096315

P.O. ADDRESS:
730 N. Grand Avenue
Waukesha, WI 53186
O: (262) 548-1340
F: (262) 548-9211
E: rbitar@ammr.net
sschmid@ammr.net