IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH W. PENDLETON,

    Plaintiff,

v.                                         Case No.  18-cv-701-wmc

DANE COUNTY JAIL, DEPUTY
TILLESON, BOLVIN and
LAVONDA HAYES,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | April 22, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |